# FILED

11/17/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0504

Sean S. Frampton
FRAMPTON PURDY LAW FIRM
530 West 19th Street #301
Whitefish, MT  59937
Telephone:  (406) 862-9600
E-mail:  sean@framptonpurdy.com
*Attorneys for Donald Slaybaugh*

## IN THE SUPREME COURT OF THE STATE OF MONTANA
### Supreme Court Case No. DA 23-0504

| | |
|---|---|
| D.A. DAVIDSON & CO, ][<br>     Plaintiff, ][<br> -vs- ][<br>DONALD SLAYBAUGH on behalf ][<br>and for the benefit of THE ][<br>WHITEFISH MASONIC LODGE 64 ][<br>and GRAND LODGE OF AF&AM OF ][<br>MONTANA, ][<br>     Defendants. ][ | **ORDER GRANTING<br>EXTENSION OF TIME TO<br>FILE OPENING BRIEF** |

GRAND LODGE OF AF & AM OF ][
MONTANA, ][
     Cross-Plaintiff, ][
-vs- ][
DONALD SLAYBAUGH, on behalf of ][
and for the benefit of THE ][
WHITEFISH LODGE 64, ][
     Cross-Defendant. ][
     ][

DONALD SLAYBAUGH, on behalf of ][
and for the benefit of THE ][
WHITEFISH LODGE 64, ][
     Cross-Claimant, ][
-vs- ][
GRAND LODGE OF AF & AM OF ][
MONTANA, ][
     Cross-Defendant

The Court being in receipt of Appellants' unopposed Motion for Extension of Time to File Opening Brief, and good cause appearing, NOW THEREFORE,

IT IS HEREBY ORDERED that Appellants shall have up to and including December 22, 2023, in which to file their Opening Brief.

DATED and electronically signed below.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
November 17 2023